# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ROBERT L. SCHMIDT, and )<br>STACY S. SCHMIDT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL CITY CORPORATION, and )<br>LITTON LOAN SERVICING LP, )<br>)<br>Defendants. ) | No. 3:06-CV-209<br>(Phillips) |

## ORDER

This matter came before the court on October 4, 2007 for a status conference. Counsel for plaintiffs orally moved to withdraw from the case, and stated that he would assist plaintiffs in obtaining substitute counsel.

The court will take counsel's motion to withdraw under advisement. Plaintiffs shall have thirty (30) days to obtain new counsel. New counsel shall file a notice of appearance with the court. Should plaintiffs decide to proceed *pro se*, they are **DIRECTED** to file notice of that intention within thirty (30) days with the court. Plaintiffs are advised that failure to comply with this court's order could result in dismissal of this action.

Further, it appears to the court that the parties will not be ready for the trial which is scheduled to commence on February 12, 2008. Accordingly, the final pretrial

conference scheduled for February 6, 2008, as well as the trial scheduled for February 12, 2008 are hereby **CANCELLED.**

A status conference will be held in this case on **November 9, 2007, at 9:00 a.m.**

**IT IS SO ORDERED**.

**ENTER:**

<u>     s/ Thomas W. Phillips     </u>
United States District Judge