# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ROBERT L. SCHMIDT, and <br> STACY S. SCHMIDT, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL CITY CORPORATION, and <br> LITTON LOAN SERVICING LP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:06-CV-209 <br> ) (Phillips) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter came before the court on various motions filed by the parties:

1. Plaintiffs have moved to dismiss New Century Mortgage Corporation as a defendant in this action [Doc. 77]. No opposition has been received to the motion, and the motion is hereby **GRANTED.** Plaintiffs' motion to make New Century Mortgage Corporation a non-party participant [Doc. 76], and plaintiffs' motion to dismiss [Doc. 78] are **DENIED AS MOOT.**

2. The parties jointly moved for additional time for defendants National City Corporation, Litton Loan Servicing, L.P., Deutsche Bank National Trust Company, and Credit-Based Asset Servicing and Securitization to respond to plaintiffs' Second Amended

Complaint [Doc. 95]. Subsequent to the filing of the motion, these defendants filed an answer [Doc. 108]. Accordingly, the parties motion for additional time [Doc. 95] is **DENIED AS MOOT.**

3. Plaintiffs move for an order dismissing defendant Blount County Sheriff's Department [Doc. 109]. No opposition has been received to the motion, and the motion is hereby **GRANTED.** The motion to dismiss filed by the Blount County Sheriff's Department [Doc. 101] and the motion for protective order filed by the Blount County Sheriff's Department [Doc. 103] are **DENIED AS MOOT.**

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge