UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT L. SCHMIDT, and <br> STACY S. SCHMIDT, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL CITY CORPORATION, and <br> LITTON LOAN SERVICING LP, <br><br> Defendants. | No. 3:06-CV-209 <br> (Phillips) |

### ORDER

The court has been advised that plaintiffs Robert L. Schmidt and Stacy S. Schmidt, filed for bankruptcy protection in the Eastern District of Tennessee, and the bankruptcy proceedings remain pending at this time. Therefore, plaintiffs are entitled to a stay of all judicial action against them pursuant to 11 U.S.C. § 362(a). Accordingly, plaintiffs' motions to stay the application for writ of execution filed by defendants [Docs. 234, 237] are **GRANTED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge